1  AKIN GUMP STRAUSS HAUER & FELD LLP
   JOHN V. JANSONIUS (PRO HAC VICE)
2  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201-4675
3  Telephone:    214-969-2800
   Facsimile:    214-969-4343
4
   AKIN GUMP STRAUSS HAUER & FELD LLP
5  HEATHER BURROR (SBN 205803)
   580 California Street, Suite 1500
6  San Francisco, California 94101
   Telephone:    415-765-9500
7  Facsimile:    415-765-9501

8  Attorneys for Plaintiff
   PATRIOT AMERICAN HOSPITALITY PARTNERSHIP,
9  L.P.

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | PATRIOT AMERICAN HOSPITALITY        | Case No. C 05 3714 CW
   | PARTNERSHIP, L.P.,                  |
16 |                                     | **JOINT ADR CERTIFICATION
   |            Plaintiffs,              | STIPULATION AND [PROPOSED]
17 |                                     | ORDER SELECTING ADR PROCESS**
   |     v.                              |
18 |                                     |
   | GOOD-NITE INN INVESTMENT, LLC,      |
19 |                                     |
   |            Defendants.              |
20

21

22      Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she

23 has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

24 California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>,

25 discussed the available dispute resolution options provided by the court and private entities, and

26 considered whether this case might benefit from any of them.

27      The parties stipulate to participate in the following ADR process:

28

**Court Processes:**

    ☐ Arbitration      ☒ ENE      ☐ Mediation

Dated: _____

PATRIOT AMERICAN HOSPITALITY
PARTNERSHIP, L.P.

By _____/s/_____

Dated: _____

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
              Heather Burror

Attorneys for Plaintiff
PATRIOT AMERICAN HOSPITALITY
PARTNERSHIP, L.P.

Dated: _____

GOOD-NITE INN INVESTMENT, LLC

By _____/s/_____

Dated: _____

JORDAN LAW GROUP

By _____/s/_____
              Daniel A. Croley

Attorneys for GOOD-NITE INN INVESTMENT, LLC

IT IS SO ORDERED.

Dated:   1/10/06
_____

United States District Court Judge

*GRANTED — Claudia Wilken, Judge Claudia Wilken — United States District Court, Northern District of California*